IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
02/02/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

KENEDY GALDAMEZ ORELLANA, )
)
Petitioner, )
)
v. ) Case No. 26-3019-JWL
)
JACOB WELSH, Warden, Chase County Jail; )
CHRISTOPHER CHAMBERLAIN, )
Assistant Direct, ICE Field Office; )
PAMELA BONDI, Attorney General; and )
KRISTI NOEM, Secretary, )
Secretary of Homeland Security, )
)
Respondents. )
)
)

**ORDER TO SHOW CAUSE**

Petitioner, through counsel, has filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials without a bond hearing. The Court finds that a responsive pleading is required.

IT IS THEREFORE ORDERED BY THE COURT THAT respondents are required to show cause on or before **February 23, 2026**, why the writ should not be granted; and that petitioner is granted until **March 16, 2026**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 2nd day of February, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge